**KEYZER v. AMERLINK, LTD.**

[360 N.C. 397 (2006)]

LUDOVICUS N. KEYZER, a/k/a LUDO KEYZER, JOSEPH KINTZ, ROBIN KINTZ, CARL W. PARKER III, AND BARRY NAKELL v. AMERLINK, LTD., RICHARD SPOOR, DEBORAH N. MEYER, JOHN MEUSER, MEYER & MEUSER, P.A., AMERICAN DETECTIVE SERVICES, INC., AND KENNETH J. JOHNSON

No. 587A05

(Filed 7 April 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. ——, 618 S.E.2d 768 (2005), affirming orders entered by Judge John R. Jolly, Jr. in Superior Court, Orange County on 22 September 2003, 29 January 2004, 22 March 2004, and 12 April 2004. Heard in the Supreme Court 13 March 2006.

*Barry Nakell, pro se and for remaining plaintiff-appellants.*

*Anderson, Johnson, Lawrence, Butler & Bock, L.L.P., by Steven C. Lawrence, for defendant-appellees Amerlink, Ltd. and Richard Spoor.*

*Cranfill, Sumner & Hartzog, L.L.P., by Richard T. Boyette, for defendant-appellees Deborah N. Meyer, John Meuser, and Meyer & Meuser, P.A.*

*Nexsen Pruet Adams Kleemeier, PLLC, by Patrick D. Sarsfield, II, for defendant-appellees American Detective Services, Inc. and Kenneth J. Johnson.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.